# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                    §
                                          §
John A Dandrea                            §          Case No. 13-05819
                                          §
               Debtor(s)                  §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                          Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:          Claims Discharged
                                           Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter    on            . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/STEVEN R. RADTKE _____
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| **TOTAL GROSS RECEIPTS** | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Attn: Bankruptcy NC4-105-0299 Po Box 26012 Greensboro, NC 27410 | | | | | |
| | Citimortgage Inc Po Box 9438 Gaithersburg, MD 20898 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Citimortgage, Inc. | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | | | | | |
| STEVEN R. RADTKE | | | | | |
| Associated Bank | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amer Coll Co/ACC International Acc International 919 Estes Ct. Schaumburg, IL 60193 | | | | | |
| | Amer Coll Co/ACC International Acc International 919 Estes Ct. Schaumburg, IL 60193 | | | | | |
| | American Express American Express Special Research Po Box 981540 El Paso, TX 79998 | | | | | |
| | American Express American Express Special Research Po Box 981540 El Paso, TX 79998 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express American Express Special Research Po Box 981540 El Paso, TX 79998 | | | | | |
| | American Express American Express Special Research Po Box 981540 El Paso, TX 79998 | | | | | |
| | American Home Mtg Srv Ahmsi / Attention: Bankruptcy Po Box 631730 Irving, TX 75063 | | | | | |
| | American Home Mtg Srv Ahmsi / Attention: Bankruptcy Po Box 631730 Irving, TX 75063 | | | | | |
| | American Home Mtg Srv Ahmsi / Attention: Bankruptcy Po Box 631730 Irving, TX 75063 | | | | | |
| | Armor Systems Co 1700 Kiefer Dr Zion, IL 60099 | | | | | |
| | Armor Systems Co 1700 Kiefer Dr Zion, IL 60099 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Attn: Bankruptcy NC4-105-0314 Po Box 26012 Greensboro, NC 27410 | | | | | |
| | Bank Of America Attn: Bankruptcy NC4-105-0314 Po Box 26012 Greensboro, NC 27410 | | | | | |
| | Bank Of America Po Box 982235 El Paso, TX 79998 | | | | | |
| | Bank Of America Po Box 982235 El Paso, TX 79998 | | | | | |
| | Bank One/Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Bank One/Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Barclays Bank Delaware Attention: Bankruptcy Po Box 1337 Philadelphia, PA 19101 | | | | | |
| | Barclays Bank Delaware Attention: Bankruptcy Po Box 1337 Philadelphia, PA 19101 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bk Of Amer Attn: Bankruptcy/MC: NC4-105-03-14 Po Box 26012 Greensboro, NC 27410 | | | | | |
| | Bk Of Amer Attn: Bankruptcy/MC: NC4-105-03-14 Po Box 26012 Greensboro, NC 27410 | | | | | |
| | Bk Of Amer Po Box 982235 El Paso, TX 79998 | | | | | |
| | Bk Of Amer Po Box 982235 El Paso, TX 79998 | | | | | |
| | Bk Of Amer Po Box 982235 El Paso, TX 79998 | | | | | |
| | Bk Of Amer Po Box 982235 El Paso, TX 79998 | | | | | |
| | Bmw Financial Services Attn: Bankruptcy Department 5550 Britton Pkwy Hilliard, OH 43026 | | | | | |
| | Bmw Financial Services Attn: Bankruptcy Department 5550 Britton Pkwy Hilliard, OH 43026 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cach Llc/Square Two Financial Attention: Bankruptcy 4340 South Monaco St.  2nd Floor Denver, CO 80237 | | | | | |
| | Cach Llc/Square Two Financial Attention: Bankruptcy 4340 South Monaco St.  2nd Floor Denver, CO 80237 | | | | | |
| | Capital One, N.a. Capital One Bank (USA) N.A. Po Box 30285 Salt Lake City, UT 84130 | | | | | |
| | Capital One, N.a. Capital One Bank (USA) N.A. Po Box 30285 Salt Lake City, UT 84130 | | | | | |
| | Chase | | | | | |
| | Chase | | | | | |
| | Chase Auto Attn: National Bankruptcy Dept 201 N Central Ave Az1-1191 Phoenix, AZ 85004 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Auto Attn: National Bankruptcy Dept 201 N Central Ave Az1-1191 Phoenix, AZ 85004 | | | | | |
| | Chase Mort 3415 Vision Dr Columbus, OH 43219 | | | | | |
| | Chase Mort 3415 Vision Dr Columbus, OH 43219 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 24696 Columbus, OH 43224 | | | | | |
| | Chase Po Box 24696 Columbus, OH 43224 | | | | | |
| | Chase Po Box 24696 Columbus, OH 43224 | | | | | |
| | Chase Po Box 24696 Columbus, OH 43224 | | | | | |
| | Chase Po Box 24696 Columbus, OH 43224 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Exxmblciti Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Exxmblciti Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | First USA Bank - Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | First USA Bank - Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Ford Cred Ford Credit Po Box 6275 Deerborn, MI 48121 | | | | | |
| | Ford Cred Ford Credit Po Box 6275 Deerborn, MI 48121 | | | | | |
| | G M A C P.o. Box 380901 Bloomington, MN 55438 | | | | | |
| | G M A C P.o. Box 380901 Bloomington, MN 55438 | | | | | |
| | Gecrb/lord & Tay | | | | | |
| | Gecrb/lord & Tay | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GEMB / HH Gregg Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | GEMB / HH Gregg Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | Homebanc Mortgage 101 E Kennedy Blvd. Suite 4100 Tampa, FL 33602 | | | | | |
| | Homebanc Mortgage 101 E Kennedy Blvd. Suite 4100 Tampa, FL 33602 | | | | | |
| | Homebanc Mortgage 101 E Kennedy Blvd. Suite 4100 Tampa, FL 33602 | | | | | |
| | Homebanc Mortgage 101 E Kennedy Blvd. Suite 4100 Tampa, FL 33602 | | | | | |
| | Hsbc/carsn Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Hsbc/carsn Po Box 5253 Carol Stream, IL 60197 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kohls/capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | | | | |
| | Kohls/capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | | | | |
| | Lasale Nt Bk/Bank of America Attn: Bankruptcy 135 S. Lasalle St Chicago, IL 60603 | | | | | |
| | Lasale Nt Bk/Bank of America Attn: Bankruptcy 135 S. Lasalle St Chicago, IL 60603 | | | | | |
| | Michsthusdev/dovenmueh 1 Corporate Dr Ste 360 Lake Zurich, IL 60047 | | | | | |
| | Michsthusdev/dovenmueh 1 Corporate Dr Ste 360 Lake Zurich, IL 60047 | | | | | |
| | Nissn Inf Lt Attn: Bankruptcy 8900 Freeport Parkway Irving, TX 75063 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nissn Inf Lt Attn: Bankruptcy 8900 Freeport Parkway Irving, TX 75063 | | | | | |
| | Nissn Inf Lt Attn: Bankruptcy 8900 Freeport Parkway Irving, TX 75063 | | | | | |
| | Nissn Inf Lt Attn: Bankruptcy 8900 Freeport Parkway Irving, TX 75063 | | | | | |
| | Nissn Inf Lt Attn: Bankruptcy 8900 Freeport Parkway Irving, TX 75063 | | | | | |
| | Nissn Inf Lt Attn: Bankruptcy 8900 Freeport Parkway Irving, TX 75063 | | | | | |
| | Oakbrook Bk 6111 North River Rd. Rosemont, IL 60018 | | | | | |
| | Oakbrook Bk 6111 North River Rd. Rosemont, IL 60018 | | | | | |
| | Portfolio Rc Attn: Bankruptcy Po Box 41067 Norfolk, VA 23541 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Portfolio Rc Attn: Bankruptcy Po Box 41067 Norfolk, VA 23541 | | | | | |
| | Sears/cbna Po Box 6282 Sioux Falls, SD 57117 | | | | | |
| | Sears/cbna Po Box 6282 Sioux Falls, SD 57117 | | | | | |
| | State Farm Fncl Svcs F State Farm Bank/ Attention: Bankruptcy Po Box 2328 Bloomington, IL 61702 | | | | | |
| | State Farm Fncl Svcs F State Farm Bank/ Attention: Bankruptcy Po Box 2328 Bloomington, IL 61702 | | | | | |
| | Us Dept Of Education Attn: Borrowers Service Dept Po Box 5609 Greenville, TX 75403 | | | | | |
| | Us Dept Of Education Attn: Borrowers Service Dept Po Box 5609 Greenville, TX 75403 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Us Dept Of Education Attn: Borrowers Service Dept Po Box 5609 Greenville, TX 75403 | | | | | |
| | Us Dept Of Education Attn: Borrowers Service Dept Po Box 5609 Greenville, TX 75403 | | | | | |
| | Volkswagon Credit Inc National Bankruptcy Services 9441 Lbj Freeway, Suite 250 Dallas, TX 75241 | | | | | |
| | Volkswagon Credit Inc National Bankruptcy Services 9441 Lbj Freeway, Suite 250 Dallas, TX 75241 | | | | | |
| | Volkswagon Credit Inc National Bankruptcy Services 9441 Lbj Freeway, Suite 250 Dallas, TX 75241 | | | | | |
| | Volkswagon Credit Inc National Bankruptcy Services 9441 Lbj Freeway, Suite 250 Dallas, TX 75241 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Volkswagon Credit Inc National Bankruptcy Services 9441 Lbj Freeway, Suite 250 Dallas, TX 75241 | | | | | |
| | Volkswagon Credit Inc National Bankruptcy Services 9441 Lbj Freeway, Suite 250 Dallas, TX 75241 | | | | | |
| | Wachovia Mortgage/World Savings and Loan Attn: Bankruptcy Dept.(T7419-015) Po Box 659558 San Antonio, TX 78265 | | | | | |
| | Wachovia Mortgage/World Savings and Loan Attn: Bankruptcy Dept.(T7419-015) Po Box 659558 San Antonio, TX 78265 | | | | | |
| | Wfnnb/dress Barn Attention: Bankruptcy P.O. Box 182685 Columbus, OH 43218 | | | | | |
| | Wfnnb/dress Barn Attention: Bankruptcy P.O. Box 182685 Columbus, OH 43218 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wfnnb/express Attn: Bankruptcy P.O. Box 182685 Columbus, OH 43218 | | | | | |
| | Wfnnb/express Attn: Bankruptcy P.O. Box 182685 Columbus, OH 43218 | | | | | |
| | Wfnnb/harlem Attention: Bankruptcy Po Box 182685 Columbus, OH 43218 | | | | | |
| | Wfnnb/harlem Attention: Bankruptcy Po Box 182685 Columbus, OH 43218 | | | | | |
| | Wfnnb/value City Furn Attn: Bankruptcy Po Box 182685 Columbus, OH 43218 | | | | | |
| | Wfnnb/value City Furn Attn: Bankruptcy Po Box 182685 Columbus, OH 43218 | | | | | |
| | Wi Electric / Wi Energies Attention:  Jill Costello Po Box 2046 Room A130 Milwaukee, WI 53201 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wi Electric / Wi Energies Attention:  Jill Costello Po Box 2046 Room A130 Milwaukee, WI 53201 | | | | | |
| 2 | N. A. Capital One Bank (Usa) | | | | | |
| 5 | Portfolio Recovery Associates, Llc | | | | | |
| 1 | Quantum3 Group Llc As Agent For | | | | | |
| 4 | Real Time Resolutions, Inc. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 13-05819 | PSH | Judge: | Pamela S. Hollis | | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|---|
| Case Name: | John A Dandrea | | | | | Date Filed (f) or Converted (c): | 02/15/2013 (f) |
| | | | | | | 341(a) Meeting Date: | 04/08/2013 |
| For Period Ending: | 06/06/2014 | | | | | Claims Bar Date: | 11/27/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  1851 Bangor Lane Elk Grove Village, Il.  60007. Value Establ | 158,500.00 | 0.00 | OA | 0.00 | FA |
| 2.  726 Bluejay Circle, Elk Grove Village, Il.  Value Via Cma On | 202,000.00 | 0.00 | OA | 0.00 | FA |
| 3.  Parkway Bank Checking | 50.00 | 50.00 | OA | 0.00 | FA |
| 4.  Various Used Personal Possessions, Furnishings And<br>Appliance | 2,000.00 | 2,000.00 | OA | 0.00 | FA |
| 5.  Family Pictures And Used Books | 100.00 | 100.00 | OA | 0.00 | FA |
| 6.  Various Used Clothes | 300.00 | 0.00 | OA | 0.00 | FA |
| 7.  One Wedding Ring And Used Watches | 300.00 | 0.00 | OA | 0.00 | FA |
| 8.  Cash Value Life Insurance Policy | 2,002.00 | 0.00 | OA | 0.00 | FA |
| 9.  401K Plan Merrill Lynch | 276,000.00 | 0.00 | OA | 0.00 | FA |
| 10.  Scully P. Inc.  Corporation Where Debtor Videos Depositions | 0.00 | 0.00 | OA | 0.00 | FA |
| 11.  2007 Ford Explore Sport Trac Limited.  60,000 Miles.  Debtor | 0.00 | 0.00 | | 6,750.00 | FA |
| 12.  233 Nantucket Harbor Schaumburg, IL. Valued below<br>establishe (u)<br><br>233 Nantucket Harbor Schaumburg, IL. Valued below<br>established by Zillow | 47,500.00 | 0.00 | OA | 0.00 | FA |
| 13.  23660 Walden Center Dr, Suite 206, Bonita Springs, FL<br>34134  (u)<br><br>23660 Walden Center Dr, Suite 206, Bonita Springs, FL<br>34134 (value per zillow.com) | 61,000.00 | 0.00 | OA | 0.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $749,752.00      $2,150.00          $6,750.00      $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending date of hearing or sale and other action:

Among Debtors assets is an automobile; Debtor made offer to purchase Trustee's right title and interest; accepted; Hearing on TFR and fee apps set for 4/24/14

Exhibit 8

Initial Projected Date of Final Report (TFR): 12/31/2014          Current Projected Date of Final Report (TFR): 12/31/2014

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-05819 | | Trustee Name: | STEVEN R. RADTKE | Exhibit 9 |
| Case Name: | John A Dandrea | | Bank Name: | Associated Bank | |
| | | | Account Number/CD#: | XXXXXX5448 | |
| | | | | Checking | |
| Taxpayer ID No: | XX-XXX6625 | | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 06/06/2014 | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/24/13 | 11 | John A. Dandrea | Proceeds of Sale of Automobile Sale of Trustee's right, title and interest in automobile to debtor | 1129-000 | $6,750.00 | | $6,750.00 |
| 10/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,740.00 |
| 11/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.02 | $6,729.98 |
| 04/25/14 | 1001 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL  60603 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,425.00 | $5,304.98 |
| 04/25/14 | 1002 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL  60603 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $69.62 | $5,235.36 |
| 04/25/14 | 1003 | Quantum3 Group Llc As Agent For Comenity Bank Po Box 788 Kirkland, Wa 98083-0788 | Final distribution to claim 1 representing a payment of 4.10 % per court order. | 7100-000 | | $57.99 | $5,177.37 |
| 04/25/14 | 1004 | N. A. Capital One Bank (Usa) Capital One Bank (Usa), N.A. Po Box 71083 Charlotte, Nc 28272-1083 | Final distribution to claim 2 representing a payment of 4.10 % per court order. | 7100-000 | | $571.55 | $4,605.82 |
| 04/25/14 | 1005 | Real Time Resolutions, Inc. 1349 Empire Central Drive, Suite #150 Po Box 36655 Dallas, Texas 75247-4029 | Final distribution to claim 4 representing a payment of 4.10 % per court order. | 7100-000 | | $4,504.93 | $100.89 |
| 04/25/14 | 1006 | Portfolio Recovery Associates, Llc Successor To General Electric Capital Co Po Box 41067 Norfolk, Va 23541 | Final distribution to claim 5 representing a payment of 4.10 % per court order. | 7100-000 | | $100.89 | $0.00 |

Page Subtotals:                                    $6,750.00        $6,750.00

Exhibit 9

| | | |
|---|---|---|
| COLUMN TOTALS | $6,750.00 | $6,750.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $6,750.00 | $6,750.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $6,750.00 | $6,750.00 |

Page Subtotals:                    $0.00          $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5448 - Checking | $6,750.00 | $6,750.00 | $0.00 |
| | $6,750.00 | $6,750.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $6,750.00 |
| Total Gross Receipts: | $6,750.00 |

Page Subtotals:                                    $0.00              $0.00